THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ENRICO CORAPI, Appellant.—

No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. THE TRUSTEES OF THE FREEHOLDERS AND COMMONALTY OF THE TOWN OF BROOKHAVEN et al., Respondents.—

No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN WOODS, Appellant.—

No opinion. Appeal from order denying defendant's motion to set aside the verdict and for a new trial dismissed. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

HARRISON B. ROGERS, Respondent, v. WILLIAM W. SCHULTZ, Appellant.—

No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.